USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/16/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM MARTIN,

       Petitioner,

-against-

UNITED STATES OF AMERICA,

       Respondent.

19-CV-2706 (VEC)

14-CR-0546-02 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on December 2, 2019, the Court extended Petitioner's time to respond to January 15, 2020, *see* Dkt. 10;

  WHEREAS the Court directed the Clerk of Court to mail a copy of the Court's December 2, 2019, Order to Petitioner; and

  WHEREAS the mailed copy was returned by the Bureau of Prisons because the package was missing an inmate register number;

  IT IS HEREBY ORDERED that Petitioner's deadline to respond to the U.S. Attorney's Office's memorandum in opposition is extended to **February 20, 2020**. Petitioner's motion will be considered fully submitted and ready for decision as of that date. No further extensions will be granted.

  The Clerk of Court is respectfully directed to mail to Petitioner (a) a copy of this order, (b) a copy of the Court's December 2, 2019, Order (Dkt. 10), and (c) a copy of Respondent's June 3, 2019 memorandum (14-CR-0546 Dkt. 626).

The Clerk of Court is also directed to note such mailing on the docket.

SO ORDERED.

Dated: January 16, 2020
      New York, New York

                                            VALERIE CAPRONI
                                        United States District Judge