UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/10/2020__

KAREEM MARTIN,

              Petitioner,

-against-

UNITED STATES OF AMERICA,

              Respondent.

19-CV-2706 (VEC)

14-CR-0546-02 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 16, 2020, the Court extended Petitioner's time to respond to February 20, 2020, *see* Dkt. 11;

WHEREAS the Court directed the Clerk of Court to mail a copy of the Court's January 11, 2020, order to Petitioner; and

WHEREAS the mailed copy was returned by the Bureau of Prisons because Petitioner was transferred to a new facility;

IT IS HEREBY ORDERED that Petitioner's deadline to respond to the U.S. Attorney's Office's memorandum in opposition is extended to **April 17, 2020**.

Petitioner's motion will be considered fully submitted and ready for decision as of that date. No further extensions will be granted.

The Clerk of Court is respectfully directed to mail to Petitioner (a) a copy of this order, and (b) a copy of Respondent's June 3, 2019 memorandum (14-CR-0546 Dkt. 626).

The Clerk of Court is also directed to note such mailing on the docket.

SO ORDERED.

Dated:   March 10, 2020
         New York, New York

_____
VALERIE CAPRONI
United States District Judge