Case 1:14-cr-00546-VEC Document 655 Filed 04/30/20 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2020

**MEMO ENDORSED**

4-10-2020

KAREEM MARTIN

Petitioner,

19-CV-2706 (VEC)

14-CR-0546 (VEC)

-Against-

UNitEd StAtes of AmericA

Respondent.

I KAREEM MARtin PEtitioner WAS in transit Since JANUArY And I MAde it to MY designation on febuAry 26, 2020 MY designation is in Kentucky in A JAil CAlled big SAndy However I Just got Access to MY LegAl pAper work on MARCH 2020 the Ending of MARCH 2020 However with the COVID-19 Virus going Around they HAve us on lock down in our Cells for our SAfety And HeAlth So I HAve not been Able to HAVE Access to the LAw LibrAry Computer to work on MY opposition to the U.S. Attorney's office's memorAndum So I respectfully Ask for More time to respond to the opposition please And thAnk you. RESpectfully

Kareem Martin

NotE: APRil 17, 2020 WAS MY dAte to respond to the opposition



Application GRANTED.

In light of disruptions from Mr. Kareem's transfer to a new facility and the COVID-19 pandemic, Mr. Kareem's time to reply to the Government's opposition is extended to **June 30, 2020**. A copy of this Order has been mailed by Chambers.

SO ORDERED.

*Valerie Caproni*   4/30/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE