```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KAREEM MARTIN,                                                 :
                                                               :
                              Petitioner,                      :    14-CR-546 (VEC)
                                                               :
         -against-                                             :    ORDER
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                              Respondent.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 13, 2021, Mr. Martin filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 and the appointment of an attorney, *see* Petition, Dkt. 702; and

WHEREAS the Court construes Mr. Martin's motion as a petition for certification of a successive writ of habeas corpus pursuant to 28 U.S.C. § 2255 in light of his prior petition for habeas corpus, which the Court denied, *see* Dkts. 621, 698;

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a parallel civil case for Mr. Martin's habeas petition. The document at 14-CR-546, Dkt. 702, should be docketed as Docket Entry 1 in the new civil case.

**SO ORDERED.**

Date:  January 11, 2022  
       New York, NY

_____  
**VALERIE CAPRONI**  
**United States District Judge**