1-23-2022

KAREEM MARTIN

14-CR-546 (VEC)

Against

United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2022

On December 13, 2021 I respectfully wrote the Court of Appeals, Second Circuit. To respectfully ask to reconsider on granting me a, certificate of appealability. And the Second Circuit Court of Appeals wrote me back and they said that, I have to first file a notice of appeal with the District Court. And then once the appeal is filed then resubmit the motion for certificate of appealability, to the second circuit pursuant to local rule 22.1. So I respectfully ask that the Honorable Judge Valerie Caproni, consider this as of a notice of appeal to the district court so I can get a, certificate of appealability, to further pursue my 2255 motion that Judge Caproni denied. Thank you for your time on this matter.

Respectfully Submitted
Kareem Martin

1-23-2022

KAREEM MARTIN                    14-CR-546(VEC)

Against

United States of America

On December 13, 2021 I respectfully wrote the Court of Appeals, Second Circuit. To respectfully ask to reconsider on granting me a, certificate of Appealability. And the Second Circuit Court of Appeals wrote me back and they said that, I have to first file a notice of appeal with the District Court. And then once the appeal is filed then resubmit the motion for certificate of Appealability, to the Second Circuit pursuant to local rule 22.1. So I respectfully ask that the Honorable Judge Valerie Caproni, consider this as of a notice of appeal to the district Court so I can get a, certificate of Appealability, to further pursue my 2255 motion that Judge Caproni denied. Thank you for your time on this matter.

Respectfully Submitted
Kareem Martin



FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.

AUSP Thomson
JAN 2 6 2022
Received in CSD

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70190140000045201954

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:44 pm on January 31, 2022 in NEW YORK, NY 10007.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

January 31, 2022 at 1:44 pm
NEW YORK, NY 10007

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus™ ⌄

Product Information ⌄

See Less ⌃