USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KAREEM MARTIN,

                 Petitioner,

       -against-

UNITED STATES OF AMERICA,

                 Respondent.
-------------------------------------------------------------- X

22-CV-305 (VEC)
14-CR-546

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 13, 2021, Mr. Martin filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 and the appointment of an attorney, *see* Petition, 14-CR-546, Dkt. 702;

      WHEREAS the Court construed Mr. Martin's petition as a successive petition for a writ of habeas corpus and a motion for certification under 28 U.S.C. § 2255(h), *see* 14-CR-546 Dkts. 621, 698; *see also* 19-CV-2706;

      WHEREAS on January 13, 2022, the Court stayed Mr. Martin's petition for a writ of habeas corpus pending the U.S. Court of Appeals for the Second Circuit's review of his motion for certification, *id.*; and

      WHEREAS on September 22, 2022, the Court of Appeals reinstated Mr. Martin's habeas petition, denied his motion for leave to file a successive habeas petition as unnecessary, and transferred this matter to the Court for further proceedings, Dkt. 717;

      IT IS HEREBY ORDERED that the Clerk of Court is directed to reopen Mr. Martin's petition for a writ of habeas corpus under docket number 22-CV-305.

      IT IS FURTHER ORDERED that Mr. Martin's request for an attorney is DENIED.

IT IS FURTHER ORDERED that the Government must respond to Mr. Martin's petition not later than **Monday, November 7, 2022**, and Mr. Martin must reply not later than **Monday, December 5, 2022**.

The Clerk is further directed to mail a copy of this Order to Mr. Martin.

**SO ORDERED.**

Date: September 23, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**