

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 5, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022
```

**BY ECF AND MAIL**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Kareem Martin*
    S2 14 Cr. 546/ 22 Cv. 305 (VEC)

Dear Judge Caproni:

The Government writes to respectfully request an adjournment of the Government's current deadline of November 7, 2022 to respond to defendant Kareem Martin's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence (the "Motion"). Specifically, the Government requests an additional four weeks, until December 5, 2022, to respond to the Motion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/_____
      Gina Castellano
      Assistant United States Attorney
      (212) 637-2224

cc: Kareem Martin (by Mail)

---

Application GRANTED. The Government's deadline to respond to Mr. Martin's motion is hereby extended from Monday, November 7, 2022, until **Monday, December 5, 2022**. Mr. Martin's deadline to reply is extended from Monday, December 5, 2022, until **Thursday, January 5, 2023**. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Martin.

SO ORDERED.

*/s/ Valerie Caproni*
11/07/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE