USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KAREEM MARTIN,                                                  :
                                                                :   19-CV-2706 (VEC)
                                    Petitioner,                 :   S2 14-CR-546 (VEC)
                                                                :
              -against-                                         :   ORDER
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                                    Respondent.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on May 8, 2023, the Court entered an order with respect to a separate habeas petition, *see* Order, *Martin v. Unite States*, 22-CV-305 (VEC), at Dkt. 14 (S.D.N.Y. May 8, 2023)); and

   WHEREAS the Court's order was docketed in this case in error, *see* Order, Dkt. 30;

   IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to strike the Order at Dkt. 30.

   The Clerk of Court is further directed to mail a copy of this Order to Mr. Martin.

**SO ORDERED.**

**Date: May 9, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

1